UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA LISA PUTNAM,<br><br>    Plaintiff,<br><br>    v.<br><br>PFIZER, INC.; PARKE-DAVIS, DIVISION of WARNER-LAMBERT COMPANY; DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. 2:06-cv-01144-FCD-PAN<br><br>Assigned to the Honorable Frank C. Damrell, Jr.<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO MDL-1629**<br><br>State Action Filed: October 27, 2005<br>State Action Served: April 27, 2006<br><br>Trial Date: None Set |

**ORDER GRANTING EX PARTE APPLICATION FOR STAY OF PROCEEDINGS**

LA1 793743v.2

Upon consideration of Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company and Warner-Lambert Company LLC's (collectively, "Pfizer") Ex Parte Application for Stay of Proceedings Pending Transfer of Action to MDL-1629, all other pleadings, supporting papers, and declarations, and for good cause shown:

IT IS ORDERED that Pfizer's Ex Parte Application for Stay of Proceedings Pending Transfer of Action to MDL-1629 is GRANTED;

IT IS FURTHER ORDERED that all case activity, including discovery, in this action is STAYED pending transfer of the action to MDL-1629.

**IT IS SO ORDERED.**

Dated:  June 8, 2006

By: /s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell, Jr.
United States District Judge

Submitted by
Thomas P. Hanrahan (SBN 110609)
thanrahan@sidley.com
Rebecca G. Goldstein (SBN 227180)
rgoldstein@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile:  (213) 896-6600


SIDLEY AUSTIN LLP
Thomas P. Hanrahan
Rebecca G. Goldstein


By: */s/ Thomas P. Hanrahan*
Thomas P. Hanrahan
Attorneys For Defendants Pfizer Inc.,
Parke-Davis, Warner-Lambert Company
and Warner-Lambert Company LLC

**ORDER GRANTING EX PARTE APPLICATION FOR STAY OF PROCEEDINGS**

LA1 793743v.2