

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

August 10, 2006

Mr. Jack L. Wagner, Clerk
4-200 U. S. Courthouse
501 I Street
Sacramento, CA 95814-2322

      IN RE: MDL DOCKET No. 1629   In Re: Neurontin Marketing and Sales Practices
      USDC - Massachusetts Lead Case No. 1:04-cv-10981-PBS
      Your Case: Civil Action No: 2:06-01144FCD
      District of MA No: 1:06-cv-11393-PBS

Dear Mr. Wagner:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407.  These cases have been assigned to the Honorable Patti B. Saris.

    In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above.  Also include a copy of this letter when transmitting your records to the above address.

    Your prompt attention to this matter is greatly appreciated.  If you should have any questions, please do not hesitate to contact the undersigned at 508-929-9901, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

                                            Sincerely,

                                            Sherry Jones
                                            Deputy Clerk

Information Copy to:   Michael Beck, Clerk of the Panel
                           Counsel of Record
                           Robert Alba
                           Christine Patch

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

August 2, 2006

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. Courthouse
595 Main Street
Worcester, MA 01608

06-11393PBS

Re: MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-25)

Dear Ms. Thornton:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 17, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By (signature) Dana L. Stewart
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Patti B. Saris
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36

A CERTIFIED TRUE COPY

AUG - 2 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 17 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1629

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-25)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 342 F.Supp.2d 1350 (J.P.M.L. 2004). Since that time, 136 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-25 - TAG-ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 06-926 | Shelia Agee, et al. v. Pfizer Inc. |
| ALN 2 06-1109 | Meicki Baker v. Pfizer Inc. |
| ALN 2 06-1110 | Charles Brown v. Pfizer Inc. |
| ALN 2 06-1111 | Troy Chappell, etc. v. Pfizer Inc. |
| ALN 2 06-1112 | Leisa Eaddy v. Pfizer Inc. |
| ALN 2 06-1113 | Odessa Grissom v. Pfizer Inc. |
| ALN 2 06-1114 | Marsha Holloway v. Pfizer Inc. |
| ALN 2 06-1115 | Pauline Huff, etc. v. Pfizer Inc. |
| ALN 2 06-1116 | Jacqueline Poole v. Pfizer Inc. |
| ALN 2 06-1117 | Joyce Reach v. Pfizer Inc. |
| ALN 2 06-1118 | Jessica Whitten v. Pfizer Inc. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-3736 | Marilyn Lewis, et al. v. John Barrett, et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 06-1144 | Deanna Lisa Putnam v. Pfizer Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-349 | Fazila Mustafa, et al. v. Pfizer Inc., et al. |
| **MINNESOTA** | |
| MN 0 06-2696 | Dennis Wolosonowich v. Pfizer Inc., et al. |
| **NEW JERSEY** | |
| NJ 1 06-1604 | Melissa Amato v. Pfizer Inc., et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-2295 | Marilyn Blackwell v. Pfizer Inc., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW 2 06-589 | Amy Wendorf, etc. v. Pfizer Inc., et al. |

I hereby certify on 8-10-06 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☑ original filed in my office on 8-9-06
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk