UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    )
**IN RE: NEURONTIN**                                    **)**
**MARKETING, SALES PRACTICES**          **)**
**AND PRODUCTS LIABILITY LITIGATION**  **)**
_____  )     MDL Docket No. 1629
                                                                    )
**THIS ORDER RELATES TO**:                      )
                                                                    )     Master File No. 04-10981
PRODUCTS LIABILITY CASES                    )
_____  )

## ORDER OF REMAND

SARIS, C.D.J.

     In accordance with the Endorsed Order issued on May 29, 2013 adopting the Report and Recommendation of the Magistrate Judge (Document No. 4117), it is hereby ORDERED that the following cases be and hereby are REMANDED to the Transferor Court.

                    By the Court,


                    /s/ Jennifer Anderson
                    Deputy Clerk


July 8, 2013
To: All Counsel

# ATTACHMENT A

**Northern District of Alabama**

| Case Name | Case No. | Transferor Docket No. | Plaintiff(s) |
|---|---|---|---|
| Burroughs, Frieda v. Pfizer, Inc. et al. | 05-11260 (D. Mass.) | 7:05-cv-00074 (N.D. Ala.) | 1.) Frieda Burroughs<br>2.) Emory M. Burroughs (Deceased) |

**Middle District of Florida**

| Case Name | Case No. | Transferor Docket No. | Plaintiff(s) |
|---|---|---|---|
| Johnson, Daniel v. Pfizer, Inc et al | 06-11882 (D. Mass.) | 6:06-cv-01311 (M.D. Fla.) | 1.) Daniel Johnson<br>2.) Susan Johnson |

**Eastern District of Arkansas**

| Case Name | Case No. | Transferor Docket No. | Plaintiff(s) |
|---|---|---|---|
| Accettullo et al v. Pfizer Inc et al | 06-10912 (D. Mass) | 4:06-cv-00341 (E.D. Ark.) | 1.) Elroy L. Johnson<br>2.) Jeffrey Taggart<br>3.) Betty Thurmond |

**Eastern District of Pennsylvania**

| Case Name | Case No. | Transferor Docket No. | Plaintiff(s) |
|---|---|---|---|
| Girard et al. v. Pfizer, Inc et al. | 06-11023 (D. Mass.) | 2:06-cv-01742 (E.D. Pa.) | 1.) Christine M. Dozier<br>2.) Freddie B. Lytle<br>3.) Caryl A. Taylor<br>4.) Helen Wine<br>5.) Sherry Pastine<br>6.) Samuel Pastine (Deceased) |
| Young, Brent v. Pfizer, Inc. et al | 06-11446 (D. Mass) | 2:06-cv-01308 (E.D. Pa.) | 1.) Brent D. Young<br>2.) Jodie Young |

**District of South Carolina**

| Case Name | Case No. | Transferor Docket No. | Plaintiff(s) |
|---|---|---|---|
| Anderson et al v. Pfizer Inc. et al. | 06-11024 (D. Mass.) | 3:06-cv-01271 (D.S.C.) | 1.) Lester C. Carr<br>2.) Earnestine Parker<br>3.) George B. Lemacks |

**District of Nevada**

| Case Name | Case No. | Transferor Docket No. | Plaintiff(s) |
|---|---|---|---|
| Brewster et al v. Pfizer Inc et al | 06-11022 (D. Mass) | 2:06-cv-00529 (D. Nev.) | 1.) Sandra M. Logan<br>2.) Monica L. Cull (Saenz)<br>3.) John W. Wilhelm |

**Eastern District of California**

| Case Name | Case No. | Transferor Docket No. | Plaintiff(s) |
|---|---|---|---|
| Putnam, Deanna Lisa v. Pfizer Inc. et al. | 06-11393 (D. Mass.) | 2:06-cv-01144 (E.D. Cal.) | 1.) Deanna Lisa Putnam |

**Southern District of New York**

| Case Name | Case No. | Transferor Docket No. | Plaintiff(s) |
|---|---|---|---|
| Santos, Ann v. Pfizer, Inc. et al. | 10-11205 (D. Mass.) | 1:10-cv-04207 (S.D.N.Y.) | 1.) Ann Santos |

**Western District of Texas**

| Case Name | Case No. | Transferor Docket No. | Plaintiff(s) |
|---|---|---|---|
| Telles, Gloria v. Pfizer, Inc. | 07-11156 (D. Mass) | 3:07-cv-00161 (W. D. Tex.) | 1.) Gloria Telles<br>2.) Jacob Telles (a Minor) |