UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA LISA PUTNAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PFIZER INC., et al.,<br><br>　　　　　Defendants. | No.  2:06-CV-01144 KJM EFB<br><br><br>ORDER |

　　　　　In a minute order filed on February 13, 2014, the court reset the status conference for this case for February 27, 2014.  The parties filed their joint status report, but there was no appearance by plaintiff's counsel Peter Stubbs at the February 27th conference.

　　　　　Accordingly, plaintiff's counsel is ordered to show cause within seven days of this order, why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

DATED:  March 10, 2014.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1